UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HEIDI C. WOODSUM,<br><br>                  Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                  Defendant. | Case No. C09-5370KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

DATED this 24th day of June, 2009.

                                                            /s/ Karen L. Strombom<br>
                                                            Karen L. Strombom<br>
                                                           United States Magistrate Judge

ORDER - 1