UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HEIDI C. WOODSUM,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. C09-5370RJB-KLS<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge and the remaining record, does hereby find and ORDER:

(1)　the Court adopts the Report and Recommendation;

(2)　the ALJ erred in her decision as described in the Report and Recommendation;

(3)　the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings; and

(4)　the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 7th day of May, 2010.

_____
ROBERT J. BRYAN
United States District Judge

ORDER - 1