# United States District Court

WESTERN DISTRICT OF WASHINGTON

HEIDI C. WOODSUM,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security

JUDGMENT IN A CIVIL CASE

No. C09-5370RJB-KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) The ALJ erred in her decision as described in the Report and Recommendation; and

(3) The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings;

| | |
|---|---|
| May 10, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/ Mary Trent* |
| | Deputy Clerk |